**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-6981**

DONTEZ LAMONT SIMUEL,

                                    Plaintiff - Appellant,

        versus

PAULA SMITH; REGGIE WEISNER; WHITNER; MATT
CLARK; NIMAN; VALERIE CARSWELL; BELL; HATTIE
PIMPONG; MITCH JOHNSON,

                                    Defendants - Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Statesville.  Graham C. Mullen,
Senior District Judge.  (5:04-cv-00182)

Submitted:  July 20, 2007          Decided:  August 15, 2007

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Dontez Lamont Simuel, Appellant Pro Se. James Philip Allen, NORTH
CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dontez Lamont Simuel appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Simuel v. Smith, No. 5:04-cv-00182 (W.D.N.C. Apr. 5, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED